UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER NARANJO GOMEZ, | Case No. 1:19-cv-00514-JDP |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | ECF No. 2 |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Francisco Javier Naranjo Gomez proceeds in this Social Security appeal represented by counsel. Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2. Plaintiff has submitted a declaration regarding his financial circumstances. *Id.* The court finds that plaintiff's declaration satisfies the requirements under § 1915. The court will therefore grant plaintiff's motion to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security. *See* Fed. R. Civ. P. 4(c)(3).

**Order**

a. Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

b. The court orders service of process on defendant:

　　i. The clerk must issue summons.

　　ii. The United States Marshals Service must serve a copy of the complaint, summons, and this order on defendant.

1   iii. Plaintiff must assist the marshal upon request.

2   iv. The United States will advance all costs of service.

3

4 IT IS SO ORDERED.

5 Dated:  April 29, 2019        

6           UNITED STATES MAGISTRATE JUDGE

7

8

9 No. 203.