UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER NARANJO GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00514-JDP<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE<br><br>ECF No. 13 |

The parties in this Social Security matter have agreed and stipulated, under Rule 41 of the Federal Rules of Civil Procedure, to voluntarily dismiss the case. *See* ECF No. 13. I therefore direct the clerk's office to close the case.

IT IS SO ORDERED.

Dated:   November 12, 2019                                        
                                                           UNITED STATES MAGISTRATE JUDGE

No. 205.

1